UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHIN BAVAR,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No.   CV 14-1849 PA<br>         CR 06-0362 PA<br><br>JUDGMENT |

    Pursuant to this Court's Order Denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,

    IS IS ADJUDGED that the Motion to Vacate, Set Aside or Correct Sentence is denied and this action is dismissed with prejudice for lack of subject matter jurisdiction.

    DATED: July 7, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE